# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ramon Nunez-Hernandez

V.                                    **JUDGMENT IN A CIVIL CASE**

United States of America

**CASE NUMBER:** 11CV2248-AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies the Petitioner's Motion to Vacate Under 28 U.S.C. § 2255

| January 11, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON January 11, 2012 |

11CV2248-AJB