# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ramon Nunez-Hernandez

            V.                    **JUDGMENT IN A CIVIL CASE**

United States of America

                              **CASE NUMBER:**    11CV2248-AJB

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Denies the Petitioner's Motion to Vacate Under 28 U.S.C. § 2255

| January 11, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON January 11, 2012 |